NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

CM 12-534

ALTON JILES ON BEHALF OF KAYLA JILES

VERSUS

WILTON ANTHONY, ET AL.

\*\*\*\*\*\*\*\*\*\*

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 62507
HONORABLE STEPHEN BRUCE BEASLEY, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

OSWALD A. DECUIR

JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Oswald A. Decuir, Billy H. Ezell, and J. David Painter, Judges.

MOTION TO DISMISS APPEAL DENIED.

Randall M. Seeser
Joseph P. Landreneau
Gold, Weems, Bruser, Sues
Post Office Box 6118
Alexandria, LA 71307-6118
(318) 445-6471
COUNSEL FOR DEFENDANTS/APPELLEES:
    GuideOne Specialty Mutual Ins. Co.
    Wilton Anthony
    Siloam Baptist Church

**Harold Dean Lucius, Jr.**
**Law Office of Kirby D. Kelly**
**515 Spring Street**
**Shreveport, LA 71101**
**(318) 459-1885**
**COUNSEL FOR PLAINTIFF/APPELLANT:**
    **Alton Jiles**

**DECUIR, Judge.**

The Defendants-Appellees, Wilton Anthony, Siloam Baptist Church, and Guideone Specialty Mutual Insurance Company, have filed a motion to dismiss the Plaintiff's appeal in this matter. For the reasons given herein, we deny the motion.

In their memorandum in support of motion to dismiss appeal, the Defendants state that the trial court granted their motion for summary judgment on October 21, 2011, and dismissed Plaintiff's claims with prejudice. The Plaintiff filed a motion for reconsideration and/or new trial which was denied by the trial court on November 21, 2011.

The Plaintiff filed his motion and order for notice of appeal on December 12, 2011. In the body of the motion, Plaintiff states that he desires to appeal devolutively from the "final judgment rendered in this action". However, the attached order signed by the trial court states that the Plaintiff is granted an appeal from the judgment signed on November 21, 2011. The judgment specifically referenced by date is the trial court's denial of the Plaintiff's motion for reconsideration and/or new trial. Because they contend that the trial court's denial of the Plaintiff's motion is not an appealable judgment, the Defendants seek to have this court dismiss Plaintiff's appeal, with prejudice, and at Plaintiff's cost.

Although we agree with Defendants that the denial of a motion for new trial is not an appealable order, our inquiry does not end here. This court has held that an appeal should be maintained where the argument by the appellant on appeal indicates that the appeal is intended to be from the final judgment. *McClure v. City of Pineville*, 05-1460 (La.App. 3 Cir. 12/6/06), 944 So.2d 805, *writ denied*, 07-43 (La. 3/9/07), 949 So.2d 446. In this matter, we are unable to make this determination at this time because the Plaintiff has not yet made his argument on appeal. Therefore, we deny the Defendant's motion to dismiss at this time.

**MOTION TO DISMISS APPEAL DENIED.**

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.